# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **RONNIE ODELL PARKER**<br>  Petitioner,<br><br>v.<br><br>**JOHN CROW**<br>  Respondent. | )<br>)<br>)<br>)  **CIVIL ACTION NO. 18-00341-JB-N**<br>)<br>)<br>) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendations of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing § 2254 Cases in the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated September 19, 2018, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Ronnie Odell Parker's operative Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. 1) is **DISMISSED** for lack of jurisdiction as an unauthorized second or successive petition. The Court also certifies that any appeal by Parker of the dismissal of the present habeas petition would be without merit and therefore not taken in good faith. Thus, Parker is not entitled to proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** this the 13th day of November, 2018.

                                                  **s/JEFFREY U. BEAVERSTOCK**
                                                  **UNITED STATES DISTRICT JUDGE**