# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| RONNIE ODELL PARKER, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 18-00341-JB-N |
| | ) | |
| JOHN CROW, | ) | |
|     Respondent. | ) | |

## JUDGMENT

In accordance with the Order entered on this date adopting the recommendations of the Magistrate Judge, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent and against Petitioner Ronnie Odell Parker that this action under 28 U.S.C. § 2254 is **DISMISSED** for lack of jurisdiction, and that Parker is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the 13th day of November, 2018.

>  s/JEFFREY U. BEAVERSTOCK
>  **UNITED STATES DISTRICT JUDGE**